1  Ian P. Fellerman (SBN 119725)
   WILEY PRICE & RADULOVICH, LLP
2  ifellerman@wprlaw.com
   1301 Marina Village Parkway, Suite 310
3  Alameda, California 94501
   Telephone: (510) 337-2810
4  Facsimile: (510) 337-2811

5  Thomas P. Murphy (*pro hac vice*)
   tpmurphy@hunton.com
6  Tanzeela Ahmad (pro hac vice)
   tahmad@hunton.com
7  HUNTON & WILLIAMS LLP
   1751 Pinnacle Drive, Suite 1700
8  McLean, Virginia 22102
   Telephone: (703) 714-7400
9  Facsimile: (703) 714-7410

10 Attorneys for Defendant SUNRISE
11 SENIOR LIVING MANAGEMENT, INC.

12 David S. Spini (SBN 153652)
   dspini@fsslaw.com
13 FITZPATRICK, SPINI & SWANSTON
   441 Union Street
14 Watsonville, California 95076
   Telephone: (831) 728-5700
15 Facsimile: (831) 728-5710

16 Attorney for Plaintiff  DANIEL SORENSEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| DANIEL SORENSEN | |
| Plaintiff(s), | |
| | Case Number: 5:13-cv-03671-EJD |
| vs. | **[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL AND ENTRY OF DISMISSAL WITH PREJUDICE** |
| SUNRISE SENIOR LIVING MANAGEMENT, INC., d/b/a SUNRISE SENIOR LIVING, and DOES 1 through 25, inclusive, | |
| Defendant(s). | |

1 The Court has considered the Stipulation For Dismissal With Prejudice Pursuant To Settlement filed by Plaintiff Daniel Sorensen and Defendant Sunrise Senior Living Management, Inc.

It appearing that good cause exists, IT SO ORDERED that the Stipulation is approved, and this action is hereby dismissed with prejudice, and each party shall bear its or his own attorney's fees and costs.

The Clerk shall close this file.

Dated: 12/13/2013

Hon. Edward J. Davila
United States District Judge